**ZAMORA RADIO, LLC,**
**Plaintiff–Appellant,**

v.

**LAST.FM, LTD., CBS Radio, Inc., CBS Corporation, and AOL Inc., Defendants–Appellees,**

**and**

**Pandora Media, Inc., Defendant–Appellee,**

**and**

**Rhapsody America LLC and Real-networks, Inc., Defendants–Appellees.**

No. 2012–1152.

United States Court of Appeals, Federal Circuit.

Feb. 16, 2012.

Edward R. Reines, Weil, Gotshal & Manges LLP, Redwood Shores, CA, for Plaintiff–Appellant.

J. Pieter Van Es, Banner & Witcoff, Ltd., Chicago, IL, Charles K. Verhoeven,

**959**

Quinn Emanuel Urquhart, San Francisco, CA, John F. Ward, Ward & Olivo, New York, NY, for Defendants–Appellees.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).